This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**KANDACE ZACHARIAS,**

Plaintiff-Appellant,

**v.**                                    **No. 33,553**

**ARCH HURLEY CONSERVANCY,**

Defendants-Appellee.

**APPEAL FROM THE DISTRICT COURT OF QUAY COUNTY**
**Donna J. Mowrer, District Judge**

Martin E. Threet & Associates
Martin E. Threet
Alonzo Maestas
Albuquerque, NM

for Appellant

Butt, Thorton & Baehr, P.C.
Emily A. Franke
Raul Sedillo
Neysa E. Lujan
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**FRY, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

{2}     **IT IS SO ORDERED.**

          _____

          **CYNTHIA A. FRY, Judge**

**WE CONCUR:**

_____

**JONATHAN B. SUTIN, Judge**

_____

**MICHAEL E. VIGIL, Judge**